# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# MEMORANDUM

DATE: January 30, 2003

FROM: Marty Zimmerman

TO: Judge Hunter

SUBJECT: **Multiple Filings**
**Quenten Lovett and June Lovett**
**97-32285 (old); 03-30143 (new)**

Having made a search of both the name and social security account number in the above matter the following was found:

    __X__    Debtor(s) have previously filed for bankruptcy as indicated on the attached sheet.

    _____    Debtor(s) case was discharged on

    __X__    Debtor(s) case was dismissed on **07/22/03**.

    _____    Debtor(s) cases was dismissed with a 109(g) finding on.

cc: UST
    Trustee E. Eugene Hastings