UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:     JUSTIN GOODWIN                                BANKRUPTCY CASE NO.

DEBTOR                                03-BK-80143

## REQUEST FOR NOTICE
## PURSUANT TO BANKRUPTCY RULE 2002

      **FORD MOTOR CREDIT COMPANY,** creditor herein, through its counsel, **WHEELIS & ROZANSKI**, hereby requests that pursuant to Bankruptcy Rule 2002, all Notices in this case be mailed to:

> MR. STEPHEN D. WHEELIS
> WHEELIS & ROZANSKI
> P. O. BOX 13199
> ALEXANDRIA, LA 71315-3199
> (318) 445-5600

      **WHEELIS & ROZANSKI and Stephen D. Wheelis <u>DO NOT AGREE TO ACCEPT</u>** notice by electronic means and all notices and service should be by first class mail in accordance with the Bankruptcy Rules. (Electronic service is declined per Section IX C., Administrative Procedures for Filing, Signing and Verifying Pleadings and Papers by Electronic Means and the Standing Order Relating to Electronic Case Filing, August 2002).

      Alexandria, Louisiana, this 25th day of February, 2003.

> Respectfully submitted,
>
> **WHEELIS & ROZANSKI**
>
> By: /s/ Stephen D. Wheelis
>       Stephen D. Wheelis #17205
>       Richard A. Rozanski #22583
>       J.P. D'Albor #27423
>       P.O. Box 13199
>       Alexandria, Louisiana 71315-3199
>       318/445-5600
> **ATTORNEYS FOR FORD MOTOR CREDIT COMPANY**

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that the above and foregoing Request for Notice of Pleadings has been served upon Debtor, Justin Ryan Goodwin, 207 Redcut Hill Road, Leesville, LA 71446-0000, C. Rodney Harrington, POB 1278, Natchitoches, LA 71458-1278, Ted Brett Brunson, POB 12, Natchitoches, LA 71457-0012, Office of the U.S. Trustee, 300 Fannin St., Suite 3196, Shreveport, LA 71101 by placing a copy of same in the United States mail postage prepaid. Alexandria, Louisiana this 25th day of February, 2003.

                               /s/ Stephen D. Wheelis
                               OF COUNSEL