UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

IN RE:                                                      CASE NO. 03-80143-A07
GOODWIN, JUSTIN RYAN
     Debtor(s)

### TRUSTEE'S REPORT OF NO DISTRIBUTION

**NOTICE IS HEREBY GIVEN THAT THERE ARE INSUFFICIENT ASSETS AVAILABLE TO PAY DIVIDENDS IN THIS CASE.**

    I, **BRETT BRUNSON**, Post Office Box 12, Natchitoches, Louisiana, 71458-0012, having been appointed trustee of the estate of the above-named debtor(s), report that I have reviewed the schedules and statement of financial affairs, have examined the exemptions claimed by the debtor(s), have examined the debtor(s) during their §341 Meeting of the Creditors as t the facts of their case including the propriety and validity of exemptions claimed by the debtor(s) and security interests claimed by the creditors. I report further that there is insufficient property available for distribution to benefit the creditors of this estate and that no distribution funds from this estate will be made.

    I certify that I have fully administered this case in accordance with my duties and responsibilities as Chapter 7 Trustee, and, therefore, request that I be discharged from any further duties as trustee.

Date:    March 18th , 2003                              /s/ Brett Brunson
                                                                               BRETT BRUNSON, TRUSTEE

    COPY SERVED ON THE OFFICE OF THE UNITED STATES TRUSTEE THIS DATE:    March 21st , 2003