# UNITED STATES BANKRUPTCY COURT
## Western District of Louisiana

**Debtor(s):** Justin Ryan Goodwin      **Case No. :** 03-80143

## FINAL DECREE

**IT IS ORDERED THAT:** _Ted Brett Brunson_ is discharged as trustee of the estate of the debtor(s) and the bond is cancelled.

The case of the above named debtor(s) is closed.

                                 /s/ Judge Henley A. Hunter
                                 U. S. Bankruptcy Court Judge

Dated: 7/11/2003